1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SAMUEL ANDERSON,

11                  Plaintiff,                        No. 2: 12-0261 MCE KJN P

12           vs.

13    MATTHEW TATE, et al.,

14                  Defendants.                       ORDER

15    _____/

16           Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action

17    pursuant to 42 U.S.C. § 1983.  The undersigned has separately ordered service of some

18    defendants named in the second amended complaint.  (Dkt. No. 40.)

19           Plaintiff has filed several motions for injunctive relief alleging that he is being

20    denied adequate pain medication.  On February 23, 2012, plaintiff filed a motion alleging that he

21    has chronic lower back pain, severe scoliosis and degenerative disc joint disease.  (Dkt. No. 23.)

22    Plaintiff alleges that he has been prescribed 30 mgs morphine and/or 50 mgs Tramadol.  Plaintiff

23    alleges that defendant Pomozal discontinued his pain medication without good cause after

24    plaintiff requested an increased dose.  Plaintiff alleges that defendants Swingle and Lee agreed

25    with the decision to discontinue the morphine and Tramadol.

26    ////

On March 19, 2012, plaintiff filed another motion for injunctive relief.  (Dkt. No. 30.)  In this motion, plaintiff again alleges that defendants discontinued his pain medication.

The court intends to act on plaintiff's request for reinstatement of his pain medication within fourteen days of the date of this order.  If defendants wish to file briefing regarding plaintiff's request for reinstatement of pain medication, they may do so within that time.

Plaintiff's motions for injunctive relief also contain allegations concerning plaintiff's diabetes.  Defendants are not invited to address these claims because the operative second amended complaint contains no allegations regarding diabetes.  See Devose v. Herrington, 42 F.3d 470, 471 (8th Cir. 1994) (a plaintiff seeking injunctive relief must show "[a] relationship between the injury claimed in the party's motion and the conduct asserted in the complaint.")   The undesigned will address these claims by separate order.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to serve this order and Dkt. Nos. 23, 30 and 40  on Supervising Deputy Attorney General Monica Anderson;

2.  Defendants may file a response to plaintiff's requests for reinstatement of his pain medication within fourteen days of the date of this order.

DATED:  May 24, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

an261.ord