1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SAMUEL ANDERSON,

11             Plaintiff,                    No.  12-cv-0261 MCE KJN P

12        vs.

13   MATTHEW TATE, et al.,

14             Defendants.              <u>ORDER</u>

15   _____/

16            Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  On June 25, 2012, the undersigned recommended that plaintiff's

18   motions for injunctive relief be denied as moot.  In particular, the undersigned found that

19   plaintiff's request for pain medication was moot as plaintiff was now receiving pain medication.

20            On July 11, 2012, plaintiff filed a motion for a thirty day extension of time to file

21   objections to the June 25, 2012 findings and recommendations.  In this motion, plaintiff states

22   that it is not clear to him whether the court requires that he file objections to the June 25, 2012

23   findings and recommendations.  Plaintiff is informed that he is not required to file objections.

24   Because plaintiff is now receiving pain medication, the grounds of any objections by plaintiff to

25   the June 25, 2012 findings and recommendations are unclear.  However, in an abundance of

26   caution, plaintiff is granted thirty days to file objections if he so chooses.

1

1   On July 11, 2012, plaintiff filed a motion requesting permission to file

2   declarations by other prisoners stating that they also did not receive their pain medication.  In this

3   motion, plaintiff requests that the court order prison officials to allow him to go into housing

4   units other than his own to obtain these declarations.

5   If plaintiff wishes to enter housing units other than his own, he must seek

6   permission to do so from prison officials.  The court is not authorized to order prison officials to

7   allow plaintiff to enter housing units other than his own so that he may obtain these declarations.

8   For this reason, plaintiff's request that the court order prison officials to allow him to enter

9   housing units other than his own to obtain declarations is denied.

10   Accordingly, IT IS HEREBY ORDERED that:

11   1.  Plaintiff's motion for extension of time (Dkt. No. 69) is granted; plaintiff is

12   granted thirty days to file objections to the June 25, 2012 findings and recommendations;

13   2.  Plaintiff's motion for permission to enter other housing units to obtain

14   declarations from other prisoners (Dkt. No. 68) is denied.

15   DATED:  July 19, 2012

16

17

18   KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

19   an261.ord

20

21

22

23

24

25

26