IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

       Plaintiff,                 No.  12-cv-0261 MCE KJN P

      vs.

MATTHEW TATE, et al.,

       Defendants.          ORDER

_____/

       Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 25, 2012, the undersigned recommended that plaintiff's motions for injunctive relief be denied as moot.  In particular, the undersigned found that plaintiff's request for pain medication was moot as plaintiff was now receiving pain medication.

       On July 11, 2012, plaintiff filed a motion for a thirty day extension of time to file objections to the June 25, 2012 findings and recommendations.  In this motion, plaintiff states that it is not clear to him whether the court requires that he file objections to the June 25, 2012 findings and recommendations.  Plaintiff is informed that he is not required to file objections. Because plaintiff is now receiving pain medication, the grounds of any objections by plaintiff to the June 25, 2012 findings and recommendations are unclear.  However, in an abundance of caution, plaintiff is granted thirty days to file objections if he so chooses.

On July 11, 2012, plaintiff filed a motion requesting permission to file declarations by other prisoners stating that they also did not receive their pain medication. In this motion, plaintiff requests that the court order prison officials to allow him to go into housing units other than his own to obtain these declarations.

If plaintiff wishes to enter housing units other than his own, he must seek permission to do so from prison officials. The court is not authorized to order prison officials to allow plaintiff to enter housing units other than his own so that he may obtain these declarations. For this reason, plaintiff's request that the court order prison officials to allow him to enter housing units other than his own to obtain declarations is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for extension of time (Dkt. No. 69) is granted; plaintiff is granted thirty days to file objections to the June 25, 2012 findings and recommendations;

2. Plaintiff's motion for permission to enter other housing units to obtain declarations from other prisoners (Dkt. No. 68) is denied.

DATED: July 19, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

an261.ord