IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,                          No. 2:12-cv-0261 MCE KJN P

    vs.

MATTHEW TATE, et al.,

    Defendants.                     <u>ORDER</u>

         Plaintiff is a California state prisoner, proceeding without counsel and in forma pauperis, in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On June 11, 2012, plaintiff filed a motion for appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1)  (Dkt. No. 57). The court found the appointment of counsel for plaintiff was warranted, and on June 22, 2012, granted plaintiff's motion (Dkt. No. 60).  Chijioke Ikonte has been selected from the court's pro bono attorney panel to represent plaintiff and he has accepted the appointment.

         Accordingly, IT IS HEREBY ORDERED that:

         1. Chijioke Ikonte is appointed as counsel in the above entitled matter.

         2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.

3. The Clerk of the Court is directed to serve a copy of this order upon Chijioke Ikonte, Akudinobi & Ikonte, 3540 Wilshire Boulevard, Suite 850, Los Angeles, California 90010.

DATED: August 23, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ande0261.31