IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

        Plaintiff,                      No. 2:12-cv-0261 MCE KJN P

     vs.

MATTHEW TATE, et al.,

        Defendants.             ORDER

_____/

        Plaintiff, a state prisoner, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On June 25, 2012, the magistrate judge filed findings and recommendations (ECF No. 62) herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. On July 20, 2012, Plaintiff was granted an additional thirty days in which to file objections. (ECF No. 70.) Thirty days have now passed, and no party has filed objections to the findings and recommendations.

///

///

1

1       Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2012, are ADOPTED IN FULL; and

2. Plaintiff's motions for injunctive relief (ECF Nos. 28 and 30) are DENIED AS MOOT.

Dated: September 20, 2012

*[signature]*

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE