IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,                    No. 2: 12-cv-0261 MCE KJN P

    vs.

MATTHEW TATE, et al.,

    Defendants.              ORDER

_____/

    Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 13, 2012, plaintiff himself filed a motion to compel, motion for protective order and a motion for summary judgment.  Because plaintiff is represented by counsel, these motions are vacated.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel, motion for protective order and motion for summary judgment (Dkt. No. 77) are vacated.

DATED: October 16, 2012

                                      _____
                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

an261.vac

1