1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SAMUEL ANDERSON,

11           Plaintiff,                    No. 2:12-cv-0261 MCE KJN P

12       vs.

13   MATTHEW TATE, et al.,

14           Defendants.              <u>ORDER</u>

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19           On August 6, 2012, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Plaintiff filed objections to the findings and recommendations.

23           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1        Accordingly, IT IS HEREBY ORDERED that:

2        1.  The findings and recommendations filed August 6, 2012, are adopted in full;

3    and

4        2. Plaintiff's June 27, 2012 motion regarding retaliation (dkt. no. 65), construed as

5    a motion for injunctive relief, is denied.

6     Dated:  January 8, 2013

7

8                                    MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                     UNITED STATES DISTRICT JUDGE
9

10   /ande0261.805

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26