IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,                    No. 2:12-cv-0261 MCE KJN P

    vs.

J. CLARK KELSO, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is proceeding through counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 22, 2013, defendant Kelso filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.  Plaintiff has not opposed the motion.

        Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  <u>Id.</u>  Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  <u>Id.</u>

        Finally, Rule 41(b) of the Federal Rules of Civil Procedure provides:

> **Involuntary Dismissal; Effect**.  If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.  Unless the

1

> dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

Id.

Good cause appearing, IT IS HEREBY ORDERED that, within fourteen days of the date of this order, plaintiff shall file an opposition, if any, to the motion for summary judgment. Failure to file an opposition will be deemed as consent to have the pending motion granted based on plaintiff's failure to comply with these rules and a court order. Such failure shall result in a recommendation that defendant Kelso's motion for summary judgment be granted.

DATED: February 27, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ande0261.46o