IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

        Plaintiff,                No. 2:12-cv-0261 MCE KJN P

    vs.

J. CLARK KELSO, et al.,

        Defendants.           ORDER

                          /

        Plaintiff is a state prisoner proceeding through counsel.  On February 25, 2013, plaintiff filed two documents in propria persona, rather than through counsel.  Because plaintiff is represented by counsel, all filings must be filed through counsel, rather than by plaintiff.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 25, 2013 motion (dkt. no. 105) is denied without prejudice; and

        2. The Clerk of the Court is directed to serve a copy of this order on plaintiff, Samuel Anderson, V-84409, California State Prison, P.O. Box 8457, Lancaster, CA  93539.

DATED: February 27, 2013

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

ande0261.ps