IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,                    No. 2: 12-cv-0261 MCE KJN P

    vs.

J. CLARK KELSO, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action. On March 27, 2013, plaintiff himself filed a motion requesting proper pain medication. Because plaintiff is represented by counsel, he may communicate with the court only through counsel. For this reason, plaintiff's motion is disregarded.[1]

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for adequate pain medication (dkt. no. 112) is disregarded;

////

---

[1] Plaintiff's March 27, 2013 motion for adequate pain medication concerns conditions at California State Prison-Lancaster ("Lancaster"). The instant action concerns conditions of confinement at High Desert State Prison ("HDSP"). It does not appear that any named defendant could respond to a request for injunctive relief regarding conditions at Lancaster. If plaintiff wishes to pursue claims regarding conditions of confinement at Lancaster, he should file a civil rights action in the United States District Court for the Central District of California.

1

2. The Clerk of the Court shall serve a copy of this order on plaintiff Samuel Anderson, CDC # V-84409, California State Prison Los Angeles County, P.O. Box 8457, Lancaster, California, 93539.

DATED:  May 2, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

an261.den