IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

        Plaintiff,                No. 2:12-cv-0261 MCE KJN P

    vs.

J. CLARK KELSO, et al.,

        Defendants.        <u>ORDER</u>

                              /

        On May 23, 2013, a hearing was held regarding defendants' motions to compel and to modify the scheduling order. Scott Foley appeared on behalf of defendants. Plaintiff's counsel, Chijioke Ikonte, failed to appear.

        Accordingly, IT IS HEREBY ORDERED that within seven days of the date of this order, plaintiff's counsel shall show cause why sanctions should not be imposed for his failure to appear at the May 23, 2013 hearing; plaintiff's counsel shall also inform the court of his availability to **personally appear** at a hearing before the undersigned on June 27, 2013, July 11, 2013 or July 18, 2013, at 10:00 a.m.[1] At this hearing, to be set following receipt of

////

---

[1] Preferably counsel is available on all of those dates, and the court will select one for the next hearing.

1

counsel's response to this order, the court will address the order to show cause, defendants' pending motions and plaintiff's motion for extension of time to conduct discovery, filed May 1, 2013.

DATED: May 23, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

an261.osc