IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

     Plaintiff,                       No. 2: 12-cv-0261 MCE KJN P

     vs.

J. CLARK KELSO, et al.,

     Defendants.                 <u>ORDER</u>

_____/

     Pending before the court is defendant Kelso's motion to appear by telephone at the hearing set for July 11, 2013 before the undersigned.

     Good cause appearing, IT IS HEREBY ORDERED that defendant Kelso's motion to appear telephonically at the July 11, 2013 hearing (ECF No. 132) is granted.

DATED: June 21, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

an261.tel

1