UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANDERSON, | No. 2:12-cv-0261 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's counsel was directed to inform the court whether the pleadings filed by his client could be disregarded. On August 15, 2013, plaintiff's counsel filed a pleading stating, in effect, that his client's pleadings could be disregarded.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions for pain medication (ECF No. 128) and for emergency intervention (ECF No. 131) are disregarded.

Dated: August 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

an261.dis

1