UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANDERSON, | No. 2: 12-cv-0261 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2013, the court ordered that plaintiff could depose defendants Lee and Cummings within thirty days. On August 15, 2013, plaintiff filed a request for an additional thirty days to depose these defendants. Plaintiff states that an additional thirty days is required in order to locate an expert witness willing to assist counsel in preparing for the depositions pro bono. Plaintiff also states that counsel may be unable to visit plaintiff prior to the depositions due to the prison visiting schedule and counsel's travel plans.

Good cause appearing, plaintiff's request for a thirty day extension of time to depose defendants Lee and Cummings is granted.

On August 19, 2013, defendants filed a response to plaintiff's August 15, 2013 pleadings. Defendants request that the depositions of defendants Lee and Cummings be taken either at or near High Desert State prison, where they are employed, or via video conference. Good cause

1

1  appearing, this request is granted.

2      Good cause appearing, IT IS HEREBY ORDERED that plaintiff may depose defendants

3  Lee and Cummings on or before October 8, 2013; these depositions will occur either at or near

4  High Desert State Prison or via video conference.

5  Dated:  August 28, 2013

                                                   KENDALL J. NEWMAN  
                                                   UNITED STATES MAGISTRATE JUDGE

9  an261.dep