UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANDERSON, | No. 2: 12-cv-0261 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

Good cause appearing, IT IS HEREBY ORDERED that, pursuant to stipulation by the parties, the time to complete the depositions of Dr. Cummings and Dr. Lee is extended from October 8, 2013 to November 14, 2013. The depositions shall be taken at or near High Desert State Prison where the defendants are employed, or via video conference.

Dated: October 21, 2013

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

an261.eot