UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANDERSON, | No. 2: 12-cv-0261 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

On November 15, 2013, defendants and plaintiff filed a stipulation and motion to continue the dispositive pretrial motion deadline. Good cause appearing, IT IS HEREBY ORDERED that, pursuant to stipulation by the parties, the motion to extend the time to file pretrial dispositive motions (ECF No. 152) is granted; the deadline to file dispositive motions is extended from November 15, 2013, to February 14, 2014.

Dated: November 21, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

an261.ptm

1