IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Samuel Anderson

           Plaintiff(s)

     vs.

Mattew Tate, et al

         Defendants.

_____/

No. | CV 12-0261-MCE-KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, | Chijioke O. Ikonte | , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on | August 23, 2012 | , by the Honorable | Kendall J. Newman | , United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

See Attachment A

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ |~~12,000.00~~ 3,000.00

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

## REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: | CV 12-0261-MCE-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this | 18th  day of | December  , 20 | 13  , at | Los Angeles  , California.

Attorney for Plaintiff(s)

The above expenditure is ____✓____ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant

to rule _____, on _____, at _____, ___.M. in Courtroom

Number_____.

Dated: ___1/6/2014___

United States District Judge/Magistrate