UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANDERSON, | No. 2: 12-cv-0261 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On January 21, 2014, plaintiff himself filed a motion for change of venue. Because plaintiff is represented by counsel, he may only communicate with the court through counsel. For this reason, plaintiff's motion for change of venue is disregarded.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for change of venue (ECF No. 160) is disregarded; and
2. The Clerk of the Court is directed to serve a copy of this order on plaintiff Samuel Anderson, V-84409, California State Prison-Lancaster, P.O. Box 8457, Lancaster, California, 93539.

Dated: January 24, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

an261.dis(2)

1