UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANDERSON, | No. 2:12-cv-0261-MCE-KJN-P |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW TATE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding through counsel has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 12, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 12, 2014, are adopted in full;

2. Defendants Hoffman and Pearsall are dismissed;

1

3. Defendants' summary judgment motion (ECF No. 162) is granted as to defendants Pomazal, Cummings and Royston; and

4. Defendants' summary judgment motion (ECF No. 162) is denied as to defendants Swingle, Lee and Stovall.

Dated:  June 25, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT