UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANUEL ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW TATE, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-0261 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. This action is set for jury trial before the Honorable Morrison C. England on July 6, 2015.

On January 5, 2015, plaintiff, himself, filed a pleading titled "Second Motion of Abandonment." (ECF No. 185.) In this pleading, plaintiff alleges that his counsel has "disappeared." Plaintiff may contact the court through counsel. For this reason, except as directed below, plaintiff's "motion of abandonment" is disregarded.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion of abandonment (ECF No. 185) is disregarded;

2. The Clerk of the Court is directed to serve a copy of this order on plaintiff Samuel Anderson, V-84409, California State Prison-Lancaster, P.O. Box 8457, Lancaster, California, 93539;

3. The Clerk of the Court is directed to serve a copy of plaintiff's "Second Motion of Abandonment" (ECF No. 185) on plaintiff's counsel.

4. Within thirty (30) days of this date of this order, plaintiff's counsel is to file a brief statement with the court that he has been in communication with his client.

Dated:  January 22, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

An261.mot

2