UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL ANDERSON, | No. 2: 12-cv-0261 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| J. CLARK KELSO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding with counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On September 29, 2015, a telephonic hearing was held regarding a discovery dispute concerning plaintiff's Notice of Deposition of Dr. Barnett and Request for Production of Documents. R. Lawrence Bragg appeared on behalf of defendants. Chijioke O. Ikonte appeared on behalf of plaintiff.

At the hearing, the parties clarified that defense counsel had provided plaintiff's counsel with declarations submitted by Dr. Barnett in other civil rights actions, filed by non-party inmates, raising the issue of adequate pain medication. The parties clarified that the at-issue dispute concerned only whether plaintiff's counsel is also entitled to the medical records of these non-party inmates, in addition to Dr. Barnett's declarations.

////

////

1

For the reasons stated at the September 29, 2015 hearing, IT IS HEREBY ORDERED that plaintiff's request for the medical records of the non-party inmates is denied.

Dated:  September 30, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

An261.tel