IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Samuel Anderson

    Plaintiff(s)

vs.

Matthew Tate, et al

    Defendants.
_____/

No. CV12-0261-MCE-KJN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, Chijioke O. Ikonte, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on August 23, 2012, by the Honorable Kendall J. Newman, United States District Judge/Magistrate Judge. I believe that the following course of action is reasonably necessary to the prosecution of this action:

See Attachment "A"

Counsel seeking reimbursement must support all claimed expenses by submitting invoices, receipts or similar documentation. Without such documentation, counsel will not be reimbursed.

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 5,000.

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: CV12-0261-MCE-KJN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
| $3,000 | Expert witness fee | $3,000 |
| | | |
| | | |
| | | |
| | | |
| | | |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of March, 20 16, at Los Angeles, California.

_____
Attorney for Plaintiff(s)

The above expenditure is ✓ Approved _____ Denied

Or,

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: 3·14·16

_____
United States District Judge/Magistrate Judge

## ATTACHMENT A

The plaintiff, Samuel Anderson ("Anderson") would like to retain Gerald Park, M.D., to testify as an expert witness in the within action. The court had previously approved Dr. Park as an expert in the case.

Dr. Park had previously performed the following tasks:

1. Reviewed Anderson's medical records at High Desert State Prison
2. Prepared reports and declarations based upon the review.
3. Prepared and testified at deposition.

Plaintiff Anderson successfully opposed the defendants' motion for summary judgment with the assistance of Dr. Park

The issue to be tried in this case is whether the treatment for pain that Anderson received in High Desert State prison rises to deliberate indifference to Anderson's medical needs. This issue falls within the purview of an expert witness such as Dr. Gerald Park.

Dr. Frank will perform the following additional tasks:

1. Review Anderson's medical records at High Desert State Prison.
2. Prepare and testify at trial.
3. Consultations with counsel, including assisting in preparation for trial and cross-examination of defendants and defendants' expert witness.

An estimate for Dr. Frank's service is as follows:

| | |
|---|---|
| 1. Consultations with counsel re: trial preparation: | $750.00 |
| 2. Review records, prepare and testify at trial: | $4,000.00 |
| 3. Travel to Sacramento from Aptos, CA for trial, Including, meals and lodging | $250.00 |
| Total: | **$5000.00** |

Dr. Frank's rate is reasonable and I selected Dr. Frank after comparing the rate of other experts.