# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SAMUEL ANDERSON,**

        v.

CASE NO: **2:12–CV–00261–MCE–KJN**

**T. KIMURA–YIP, ET AL.,**

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 3/21/16**

        **Marianne Matherly**
        Clerk of Court

ENTERED:  **March 22, 2016**

        by: /s/ R. Becknal
        Deputy Clerk